FILED
MAY 18 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 21-30073-SPM ) |
| ANGELA M. MOHLER, also known as "Angela M. Hudson," | ) Title 21, United States Code, ) Section 843(a)(3) ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception**
**21 U.S.C. § 843(a)(3)**

On or about March 5, 2021 in St. Clair County, within the Southern District of Illinois,

**ANGELA M. MOHLER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Sections 843(a)(3).

### COUNT 2
**Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception**
**21 U.S.C. § 843(a)(3)**

From on or about February 13, 2021 to on or about February 18, 2021, in Madison County, within the Southern District of Illinois,

**ANGELA M. MOHLER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 3
**Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception**
**21 U.S.C. § 843(a)(3)**

On or about November 8, 2019, in Madison County, within the Southern District of Illinois,

**ANGELA M. MOHLER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 4
**Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception**
**21 U.S.C. § 843(a)(3)**

On or about September 12, 2018, in St. Clair County, within the Southern District of Illinois,

**ANGELA M. MOHLER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 5
### Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception
### 21 U.S.C. § 843(a)(3)

From on or about August 5, 2018 to on or about August 9, 2018 in St. Clair County, within the Southern District of Illinois,

**ANGELA M. MOHLER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Sections 843(a)(3).

**A TRUE BILL**

_/s/ Peter T. Reed_
PETER T. REED
Assistant United States Attorney

_Digitally signed by STEVEN WEINHOEFT_
_Date: 2021.05.17 12:42:46 -05'00'_
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured