IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 3:21-cr-30073-SPM |
| ) | |
| ANGELA M. MOHLER, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF FACTS

The United States of America, by and through Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Peter T. Reed, Assistant United States Attorney, enter into the following Stipulation of Facts with Defendant Angela M. Mohler, and her counsel John D. Stobbs, pertaining to the conduct of the Defendant charged in the indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1.  As charged in Count One of the indictment in Case No. 3:21-cr-30073-SPM, on or about March 5, 2021, in St. Clair County, Defendant Mohler did knowingly and intentionally acquire and obtain a mixture or substance containing hydrocodone, a Schedule II controlled substance, by fraud and deception.

2.  As charged in Count Two of the indictment, on or about February 13, 3021 to February 18, 2021, in Madison County, Defendant Mohler did knowingly and intentionally acquire and obtain a mixture or substance containing oxycodone, a Schedule II controlled substance, by fraud and deception.

3.  As charged in Count Three of the indictment, on or about November 9, 2019, Defendant Mohler did knowingly and intentionally acquire and obtain a mixture or substance containing hydrocodone, a Schedule II controlled substance, by fraud and deception.

1



4. As charged in Count Four of the indictment, on or about September 12, 2018, Defendant Mohler did knowingly and intentionally acquire and obtain a mixture or substance containing oxycodone, a Schedule II controlled substance, by fraud and deception.

5. As charged in Count Five of the indictment, from on or about August 5, 2018 to on or about August 9, 2018, Defendant Mohler did knowingly and intentionally acquire and obtain a mixture or substance containing hydrocodone, a Schedule II controlled substance, by fraud and deception.

6. Specifically, on or about March 5, 2021, at Colonnade Senior Living, Mohler stole a card containing 11 hydrocodone pills belonging to a resident. Mohler also stole oxycodone from two residents at this facility, and, to cover up the thefts, modified the controlled substance card used to track the number of pills left in order to cover up the fact that pills were missing. Mohler also took liquid morphine belonging to a resident and diluted what was left in the bottle to cover up the theft.

7. From February 13, 2021 to February 18, 2021, Mohler stole hydrocodone and oxycodone pills from at least five residents at Collinsville Rehabilitation and Healthcare Center, and hid or destroyed the controlled substance sheets corresponding to the drugs in order to cover up the theft. One of these residents agreed to drug testing, which came back negative for opiates. Another one of these residents had a prescription for a scheduled dose of hydrocodone and had to go without her required pain medication for a period of time because of the theft.

8. On or about January 2, 2021, Mohler stole oxycodone pills belonging to a resident at Integrity Healthcare, Alton, and hid or destroyed the corresponding controlled substance sheet.

9. On or about November 9, 2019, Ms. Mohler stole six hydrocodone pills belonging to a resident at Elmwood Nursing and Rehab. In order to cover up this theft, Ms. Mohler hid the original controlled substance record listing that there were "120" tablets left and started a new



controlled substance record for the drugs that listed that there were "114" tablets left. Ms. Mohler also asked another nurse to find and destroy the old controlled-substance record for her.

10. In August 2019, Ms. Mohler stole hydrocodone pills that belonged to three residents at Rosewood Care Center, Edwardsville. To cover up the theft, Ms. Mohler documented on the controlled substance records corresponding to each of the three residents that she had in fact given the missing hydrocodone doses to the appropriate resident. This was false.

11. On October 29, 2018, Ms. Mohler stole at least 15 hydrocodone pills belonging to a resident at Integrity Healthcare, Belleville. To cover up the theft, Ms. Mohler started a new card of hydrocodone for the resident with a new corresponding count sheet (which records date/time for each dose). She hid or destroyed the old count sheet for the stolen hydrocodone. On or about November 15, 2018, she stole three additional cards of hydrocodone from residents at this facility.

12. On September 12, 2018, Ms. Mohler stole two oxycodone pills from a resident at Lebanon Care Center. To cover up the theft, Ms. Mohler taped in two regular acetaminophen pills in their place.

13. From August 5, 2018 to August 9, 2018, Ms. Mohler stole several hydrocodone pills from two residents at Caseyville Nursing and Rehabilitation. To cover up the theft, Ms. Mohler charted on the controlled drug administration records for each of the residents that she had in fact given the missing hydrocodone to the appropriate person. This was false.

3



SO STIPULATED:

                                                    STEVEN D. WEINHOEFT
                                                    United States Attorney

_____  
ANGELA M. MOHLER  
~~Defendant~~

_____  
JOHN D. STOBBS, Esq.  
Attorney for Defendant

Date: 8-3-21

                                                    _____  
                                                    PETER T. REED  
                                                    Assistant United States Attorney

                                                    Date: 08/03/2021